⚡AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

ESTATE OF WALTER S. BANDURSKI,

V.

**SUMMONS IN A CIVIL CASE**

COMMISSIONER OF THE
INTERNAL REVENUE SERVICE

CASE NUMBER:  05-651

TO: (Name and address of Defendant)

| | | |
|---|---|---|
| Colm F. Connolly | Attorney General | Commissioner of the Internal |
| United States Attorney | U.S. Department of Justice | Revenue Service |
| District of Delaware | 950 Pennsylvania Ave., NW | 1111 Constitution Ave., NW |
| 1007 Orange St., #700 | Washington, DC  20530-0001 | Washington, D.C.  20240 |
| Wilmington, DE  19801 | | |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mason E. Turner, Jr., Esq. (No. 661)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
Phone:  (302) 888-6508
Fax:    (302) 658-8111
E-Mail: METurner@prickett.com

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                    SEP 0 7 2005
CLERK                                                              DATE

_Evette Watson_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>9/13/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: COMMISSIONER OF THE INTERNAL REVENUE SERVICE C/O COLM F. CONNOLLY US ATTORNEY GENERAL DISTRICT OF DELAWARE AT 1007 N. ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SHARON BRYON.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/13/05
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.