AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

ESTATE OF WALTER S. BANDURSKI,

**SUMMONS IN A CIVIL CASE**

V.

COMMISSIONER OF THE
INTERNAL REVENUE SERVICE

CASE NUMBER: 05-651

TO: (Name and address of Defendant)

| | | |
|---|---|---|
| Colm F. Connolly | Attorney General | Commissioner of the Internal |
| United States Attorney | U.S. Department of Justice | Revenue Service |
| District of Delaware | 950 Pennsylvania Ave., NW | 1111 Constitution Ave., NW |
| 1007 Orange St., #700 | Washington, DC  20530-0001 | Washington, D.C.  20240 |
| Wilmington, DE  19801 | | |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mason E. Turner, Jr., Esq. (No. 661)
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
Phone:  (302) 888-6508
Fax:    (302) 658-8111
E-Mail: METurner@prickett.com

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                SEP 0 7 2005
_____              _____
CLERK                                          DATE

_Giselle Watson_
_____
(By) DEPUTY CLERK

## CERTIFICATE OF SERVICE

I, Mason E. Turner, Jr., certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made by:

☐    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

**XX    Certified Mail Service -- By sending the process by certified mail addressed to the following:**

>    Commissioner of the Internal Revenue Service
>    1111 Constitution Ave., NW
>    950 Pennsylvania Avenue, NW
>    Washington, D.C. 20240

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____,

as follows: [Describe briefly]
            (name of state)

   Under penalty of perjury, I declare that the foregoing is true and correct.

September _____, 2005          _____
                                Mason E. Turner, Jr. (No. 661)

589234v1