IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF THE INTERNAL )<br>REVENUE SERVICE, )<br>)<br>Defendant. ) | Civil No. 05-651 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF GERALD A. ROLE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gerald A. Role, Esquire, to represent the defendant in this action.

COLM F. CONNOLLY
United States Attorney

By: Ellen W. Slights
Delaware Bar I.D. No. 2782
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

Dated: 9/30, 2005.

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

_____
United States District Court Judge

DATED:

1362971.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-651 (GMS) |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | ) ) ) ) |
| Defendant. | ) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ Gerald A. Role
GERALD A. ROLE
D.C. Bar No. 415274
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-0461

Dated: September 27, 2005.

1362966.1

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on September 30, 2005, I electronically filed the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF GERALD A. ROLE** with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

Mason E. Turner, Jr., Esquire
Prickett Jones & Elliott, PA
1310 King Street
PO Box 1328
Wilmington, DE 19899
meturner@prickett.com

_Kathie Gray_
Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899
(302) 573-6277
kathie.gray@usdoj.gov