IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-651 (GMS) |
| ) | |
| COMMISSIONER OF THE INTERNAL ) | |
| REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

DEFENDANT, by and through its attorneys, responds to the plaintiff's complaint seeking a refund of federal estate taxes as follows:

### FIRST DEFENSE

The Commissioner is an improper party to this refund suit. The United States should be substituted as the sole party defendant in this suit.

### SECOND DEFENSE

For its further answer, defendant responds to the numbered allegations of the complaint as follows:

1. Denies.

2. Denies, except to admit that the Service made an additional assessment after it was revealed during examination that decedent received a distribution of settlement proceeds from a class action lawsuit.

3. Defendant denies the allegations of the first, third and fourth sentences. Defendant lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted in the second sentence.

4. Denies.

5. Admits.

6. Denies, except to admit that the Service made an assessment based on a value of $318,773.

7. Denies.

8. Defendant admits the allegations of the first sentence. Defendant lacks information or knowledge to form a belief as to the truth of the matters of the second sentence, except to admit that decedent died in Delaware on August 26, 1998.

9. Defendant admits the allegations of the first sentence. Defendant admits that a copy of Form 706 is attached as Exhibit 1, but denies all allegations contained therein unless expressly admitted elsewhere. Defendant admits the allegations of the second sentence, except to deny for lack of information or knowledge the date the application for extension was filed. Defendant admits that a copy of Form 4768 is attached as Exhibit 2, but denies all allegations contained therein unless expressly admitted elsewhere.

10. Admits that the estate paid additional estate taxes in the amount of $144,454.43, but denies that the estate paid this amount on July 8. Avers that payment was made on or about July 15, 2002.

11. Admits, except to aver that the claim for refund was filed on July 2, 2004. Defendant further admits that a claim for refund is attached as Exhibit 3, but denies all allegations contained therein unless expressly admitted elsewhere.

12. Admits. Defendant further admits that Exhibit 4 is a true and correct copy of what it purports to be.

13. Denies, except to admit that the Internal Revenue Service is an agency of the United States. Avers that the plaintiff identified the defendant in the caption as the Commissioner of Internal Revenue Service.

14. Admits that the Court has jurisdiction under 28 U.S.C. § 1346(a)(1). Defendant denies the remaining allegations contained in paragraph 14 of plaintiff's complaint.

15. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

16. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

17. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

18. Admits that the decedent died on August 26, 1998, but lacks sufficient information or knowledge to form a belief as to the truth of the remaining allegations.

19. Admits.

20. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

21. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted in the first sentence. Defendant admits the allegations of the second sentence.

22. Defendant admits the allegations of the first sentence. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted in the second and third sentences.

23. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

24. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

25. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

26. Denies the allegations of the first sentence. Defendant admits the allegations of the second sentence. Defendant further admits that an examination letter is attached as Exhibit 5.

27. Admits that the executor informed the Service that the estate had received proceeds from a settlement, but lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations.

28. Admits, except to state that the examination was not completed at the time the Service issued the discussion draft. Defendant further admits that a copy of the discussion report is attached as Exhibit 6.

29. Denies.

30. Lacks sufficient information or knowledge to form a belief as to the truth of the matters asserted.

31. Admits. Defendant further admits that Exhibit 7 is a true and correct copy of the Report of Estate Tax Examination changes.

32. Admits.

33. Denies. Avers that the claim for refund is dated June 30, 2004, but it was filed on July 2, 2004.

34. Denies that estate taxes were overpaid. Defendant admits the remaining allegations contained in paragraph 34 of plaintiff's complaint.

35. Admits.

36. Defendant incorporates its response to paragraphs 1-35.

37. Denies, except to admit that the estate paid estate taxes based on a value of $318,773.

38. Denies.

39. Denies.

WHEREFORE having responded to the allegations in plaintiff's complaint, defendant respectfully requests that this Court:

A. dismiss the case with prejudice;

B. award the defendant its costs and attorneys fees; and

C. grant such other and further relief as may be deemed appropriate under the circumstances.

DATED: November 10, 2005.

COLM F. CONNOLLY
United States Attorney

ELLEN W. SLIGHTS
Delaware Bar I.D. No. 2782
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

1413140.1

*Jennifer L. Vozne* (signature)
GERALD A. ROLE
JENNIFER L. VOZNE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-0461/307-6555
Fax: (202) 514-6866