IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF WALTER S. BANDURSKI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-651 (GMS) |
| | : | |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | : | |
| | : | |
| Defendant. | : | |

### AFFIDAVIT OF SERVICE

    I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on November 10, 2005, I electronically filed the foregoing **ANSWER** with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

Mason E. Turner, Jr., Esquire
Prickett Jones & Elliott, PA
1310 King Street
PO Box 1328
Wilmington, DE 19899
meturner@prickett.com

/s/ Kathie Gray
_____
Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899
(302) 573-6277
kathie.gray@usdoj.gov