IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-651 (GMS) |
| ) | |
| COMMISSIONER OF THE INTERNAL ) | |
| REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEYS TO
APPEAR WITHOUT LOCAL COUNSEL**

Pursuant to 28 U.S.C. §§ 515, 517 and 518, the United States respectfully moves this Court for an Order allowing Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, to appear before this Court without local counsel. Additionally, the United States requests that Mr. Role and Ms. Vozne be provided with an electronic filing password so that they can remotely file pleadings with this Court. In support of this motion, the United States provides the following:

1. The statutes of the United States allow the Attorney General to send its attorneys to state and federal courts throughout the nation. See 28 U.S.C. § 515 (the Attorney General or any other officer of the Department of Justice may conduct any kind of legal proceeding which United States attorneys are authorized by law to conduct, whether or not he/she is a resident of the district in which the proceeding is brought); 28 U.S.C. § 517 (any officer of the Department of Justice may be sent by the Attorney

General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State); 28 U.S.C. § 518 (The Attorney General may direct an officer of the Department of Justice to conduct and argue any case in a court of the United States in which the United States is interested). Thus, to the extent that Local Rule 83.5 of this Court requires that Department of Justice attorneys based in Washington, DC, associate with local counsel, it would appear to conflict with the above-referenced statutes. See Fed. R. Civ. P. 83(a)(1) (local rules must be consistent with Acts of Congress). Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of Local Rule 83.5.

    2. In this matter, the Attorney General has assigned primary responsibility for this case to the Department's Tax Division in Washington, DC. In turn, the Tax Division has designated Mr. Role as lead attorney and Ms. Vozne as co-counsel.

    3. Department of Justice attorney Gerald A. Role has already been admitted to this Court *pro hac vice*. As such, he has submitted to the disciplinary jurisdiction of this Court, and has certified that he is generally familiar with this Court's Local Rules. Additionally, Mr. Role is an able and competent attorney. Mr. Role graduated from the Indiana University School of Law at Bloomington in December of 1986. He is an active member of the Bar of the District of Columbia. Mr. Role has served as a Trial Attorney in the Tax Division for the past sixteen years. In that capacity, Mr. Role has been the lead attorney in multiple federal cases. He has represented the interests of the federal government in oral arguments in the District of Columbia, the District of Maryland and in

the Northern District of Illinois. Additionally, he has taken and defended many depositions. Mr. Role has also filed briefs or otherwise appeared (in person or telephonically) in many federal courts including courts in Pennsylvania, Maryland and Illinois.

    4. Department of Justice attorney Jennifer L. Vozne has already been admitted to this Court *pro hac vice*. As such, she has submitted to the disciplinary jurisdiction of this Court, and has certified that she is generally familiar with this Court's Local Rules. Ms. Vozne is an able and competent attorney. Ms. Vozne graduated from the Stetson University College of Law in May of 2002. She is an active member of the State Bar of Florida. Ms. Vozne was selected for employment with the Justice Department through the Attorney General's Honors Program. She has served as a Trial Attorney in the Tax Division from October 2002 to the present. In that capacity, Ms. Vozne has been the lead attorney in numerous federal cases. She has represented the interests of the federal government in oral arguments in the District of Columbia, in the District of Maryland, in bankruptcy court in the District of Maryland, and in bankruptcy court in the District of New Jersey. Additionally, she has taken and defended a number of depositions. Ms. Vozne has also filed briefs or otherwise appeared (in person or telephonically) in many federal courts including courts in Arizona, Florida, Michigan and Kentucky.

    5. On August 15, 2005, in the related case of <u>Estate of Barbara A. Bandurski v. Internal Revenue Service</u>, Civil Action No. 05-291, the United States filed an almost identical motion requesting that Ms. Vozne and Mr. Role be allowed to appear in that

matter without local counsel. On August 23, 2005, the Court granted the United States' request.

6. Undersigned counsel has communicated with opposing counsel, Mason Turner, concerning the subject of this motion and he stated that he has no objection.

Accordingly, for the reasons set forth above, the United States respectfully requests that Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, be allowed to appear before this Court without local counsel and that they be provided with an electronic filing password so that they can remotely file pleadings with this Court. A proposed order is attached hereto.

Dated: November 22, 2005

        COLM F. CONNOLLY
        United States Attorney

        /s/ Ellen W. Slights
        _____
        Ellen W. Slights
        Assistant United States Attorney
        Delaware Bar No. 2782
        1007 N. Orange Street, Suite 700
        Wilmington. DE 19801
        (302) 573-6277 ext. 158
        Ellen.Slights@usdoj.gov

        Gerald A. Role, Esquire
        District of Columbia Bar No. 415274
        Trial Attorney, Tax Division
        U.S. Department of Justice
        PO Box 227, Ben Franklin Station
        Washington D.C. 20044
        (202) 307-0461
        gerald.a.role@usdoj.gov

Jennifer L. Vozne, Esquire
Florida Bar No.0605557
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227, Ben Franklin Station
Washington, DC 20044
(202) 307-6555
jennifer.l.vozne@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of November, 2005, I electronically filed the attached **MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEYS TO APPEAR WITHOUT LOCAL COUNSEL** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Mason E. Turner, Jr., Esquire
Prickett Jones & Elliott, P.A.
1310 King Street
PO Box 1328
Wilmington, DE 19899
meturner@prickett.com

                                        /s/ Kathie Gray

                                        _____
                                        Kathie Gray
                                        Office of the United States Attorney
                                        1007 Orange Street
                                        Suite 700
                                        Post Office Box 2046
                                        Wilmington, Delaware 19899
                                        (302) 573-6277
                                        kathie.gray@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-651 (GMS) |
| ) | |
| COMMISSIONER OF THE INTERNAL ) | |
| REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the ____ day of _____, 2005 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, are not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with them; and it is,

FURTHER ORDERED that, for this case, the Clerk's Office provide Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, with an Electronic Filing Log-In and Password so that they may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE