IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-651 (GMS) |
| | ) |
| COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the 22nd day of Nov., 2005 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, are not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with them; and it is,

FURTHER ORDERED that, for this case, the Clerk's Office provide Department of Justice Attorneys, Gerald A. Role and Jennifer L. Vozne, with an Electronic Filing Log-In and Password so that they may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE