IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI,<br><br>                Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE INTERNAL REVENUE SERVICE,<br><br>                Defendant. | C.A. No. 05-651 (GMS) |

**STIPULATED MOTION TO SUBSTITUTE THE
UNITED STATES OF AMERICA FOR THE
<u>INTERNAL REVENUE SERVICE</u>**

THE ESTATE OF WALTER S. BANDURSKI (the "Estate"), by and through its counsel, Prickett, Jones & Elliott, files this Stipulated Motion to substitute the United States of America for the Commissioner of the Internal Revenue Service as the defendant (the "Motion") and offer the following:

    1. The Estate erroneously listed the Commissioner of the Internal Revenue Service as the defendant when the United States of America should have been listed as the defendant in this matter.

    2. Counsel for the United States have been consulted and consent to the relief being sought in this Motion.

3. The parties request that the caption of the case be revised to reflect the United States of America as the defendant.

THEREFORE, the parties request that this motion be granted and the caption so revised.

          PRICKETT, JONES & ELLIOTT, P.A.

          BY: MASON E. TURNER (DE BAR ID #661)
          1310 KING STREET
          P.O. BOX 1328
          WILMINGTON, DELAWARE 198991328
          (302) 888-6508
          ATTORNEYS FOR PLAINTIFF


          COLM F. CONNELLY
          UNITED STATES ATTORNEY

          GERALD A. ROLE
          DISTRICT OF COLUMBIA BAR NO. 415274
          JENNIFER L. VOZNE
           FLORIDA BAR NO. 0605557
          TRIAL ATTORNEYS, TAX DIVISION
          U. S. DEPARTMENT OF JUSTICE
          P.O. BOX 227, BEN FRANKLIN STATION
          WASHINGTON, D.C. 20044
          (202) 307-0461/307-6555
          ATTORNEYS FOR DEFENDANT


SO ORDERED:

_____
GREGORY M. SLEET
UNITED STATES DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE INTERNAL REVENUE SERVICE,<br><br>        Defendant. | C.A. No. 05-651 (GMS) |

<u>**CERTIFICATE OF SERVICE**</u>
<u>**OF STIPULATED MOTION TO SUBSTITUTE THE**</u>
<u>**UNITED STATES OF AMERICA FOR THE INTERNAL REVENUE SERVICE**</u>

  I HEREBY CERTIFY, that on January 4, A.D. 2006, I electronically filed Stipulated Motion to Substitute the United States of America for the Internal Revenue Service., together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-0461

JENNIFER L. VOZNE, ESQ.
FLORIDA BAR NO. 0605557
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-6555

COLM F. CONNOLLY, ESQ.
ELLEN W. SLIGHTS, ESQ.
THE NEMOURS BLDG.
1007 ORANGE ST. #700
P.O. BOX 2046
WILMINGTON, DE  19899-2046

      I HEREBY CERTIFY that on _____, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

(None)

                PRICKETT, JONES & ELLIOTT, P.A.

                BY: MASON E. TURNER, JR., No. 661
                1310 KING STREET
                P.O. BOX 1328
                WILMINGTON, DE  19899-1328
                (302) 888-6508
                ATTORNEY FOR DEFENDANTS
                BAYHEALTH MEDICAL CENTER, INC.
                DELMARVA EMERGENCY PHYSICIANS, LLP
                AND RONALD I. LEBMAN, M.D.
                E-Mail:  METurner@prickett.com

Dated: January 4, 2006.