IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, | |
| Plaintiff, | C.A. No. 05-651 (GMS) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 16, and Local Rule 16.2(b) the parties offer the following:

1. **Jurisdiction and Service**:

The Court has subject matter and personal jurisdiction. No parties remain to be served.

2. **Substance of the Action**:

This is an action in which plaintiff seeks a refund of Federal Estate taxes which it claims were overpaid. Defendant contends that there was no overpayment.

3. **Identification of Issues**:

Decedent owned a 40-percent interest in Walter S. Bandurski, Inc. ("WBI"), a Delaware corporation. The principal issue in this case is the value of that interest as of August 26, 1998,

1492258.1

the date decedent died. Plaintiff asserts that WBI had been dissolved as of that date. In 2000, WBI received $900,000 as its share of the settlement of a class action suit against the Delaware Solid Waste Management Authority, and, consistent with his 40-percent interest in WBI, $360,000 of that was paid into decedent's estate. Plaintiff contends the value of decedent's interest in WBI at the time of her death was zero. Defendant claims the value of the interest was $360,000.

4.  **Narrowing of Issues**:

The parties believe that they should be able to enter into a stipulation of many of the facts of this case.

5.  **Relief**:

Plaintiff requests relief in the form of a refund of overpaid estate taxes in the amount of $144,454.43, plus interest, plus the reasonable costs of maintaining this litigation under 26 U.S.C. §7430.

6.  **Amendment of Pleadings**:

Neither party expects to amend its initial pleading. A stipulation to substitute the United States of America as the proper party defendant has been filed.

7.  **Joinder of Parties**:

The parties do not anticipate the joinder of any other parties.

8.  **Discovery**:

Neither party has served any discovery. The parties agree that the Plaintiff likely has more documents and other information relevant to this action than Defendant has. The parties anticipate less than 10 depositions, including the expert depositions and estimate that discovery can be completed in approximately four months.

9. **Estimated trial length**:

The parties estimate that three days will be needed for trial, including jury selection.

10. **Jury trial**:

Plaintiff has demanded a jury trial

11. **Settlement**:

There have been no settlement discussions yet. Defendant believes settlement discussions may be useful once some discovery has been completed. The parties do not believe referral to a magistrate judge for mediation or other alternative dispute resolution mechanisms are appropriate at this time.

12. **Other matters:**

On May 13, 2005, the estate of decedent's ex-wife filed a complaint involving similar factual and legal issues. <u>Estate of Barbara A. Bandurski v. United States of America</u>, Case No. 1:05-cv-291 GMS (D. Del.). The parties in this action believe it may be appropriate to consolidate the two cases for purposes of discovery and trial.

PRICKETT, JONES & ELLIOTT, P.A.

BY: MASON E. TURNER (DE BAR ID #661)
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DELAWARE 198991328
(302) 888-6508
ATTORNEYS FOR PLAINTIFF

1492258.1

/s/ Gerald A. Role/MET
_____
GERALD A. ROLE
DISTRICT OF COLUMBIA BAR NO. 415274
(202) 307-0461
JENNIFER L. VOZNE
FLORIDA BAR NO. 0605557
TRIAL ATTORNEYS, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 307-6555

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, | |
| Plaintiff, | C.A. No. 05-651 (GMS) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**
**OF JOINT STATUS REPORT**

     I HEREBY CERTIFY, that on January 5, A.D. 2006, I electronically filed Joint Status Report, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-0461

JENNIFER L. VOZNE, ESQ.
FLORIDA BAR NO. 0605557
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-6555

COLM F. CONNOLLY, ESQ.
ELLEN W. SLIGHTS, ESQ.
THE NEMOURS BLDG.
1007 ORANGE ST. #700
P.O. BOX 2046
WILMINGTON, DE  19899-2046

     I HEREBY CERTIFY that on _____, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

(None)

                    PRICKETT, JONES & ELLIOTT, P.A.

                    BY: MASON E. TURNER, JR., No. 661
                    1310 KING STREET
                    P.O. BOX 1328
                    WILMINGTON, DE  19899-1328
                    (302) 888-6508
                    ATTORNEY FOR DEFENDANTS
                    BAYHEALTH MEDICAL CENTER, INC.
                    DELMARVA EMERGENCY PHYSICIANS, LLP
                    AND RONALD I. LEBMAN, M.D.
                    E-Mail: METurner@prickett.com

Dated: January 5, 2006.