IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-291-GMS |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |
| ESTATE OF WALTER S. BANDURSKI, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-651-GMS |
| UNITED STATES OF AMERICA, | : | <u>CONSOLIDATED CASES</u> |
| Defendant. | : | |

**ORDER**

At Wilmington this **20th** day of **September, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 15, 2006 at 2:00 p.m.** with Judge Thynge to discuss the status of the case and continued mediation. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE